UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20508-CV-HOEVELER

**HARSH SHARMA,**

    Plaintiff,

v.

**DRUG ENFORCEMENT AGENCY, et al.**

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT

THIS CAUSE comes before the Court upon the November 10, 2010 Report and Recommendations of Magistrate Judge Patrick White [ECF No. 89]. In the Report, Magistrate Judge White recommends that the *pro se* plaintiff, Harsh Sharma's civil rights complaint against the Drug Enforcement Agency, the United States Attorney General, DEA Agent Amber Baginski, and other DEA agents, be dismissed in its entirety. The Report treats the defendants' motions to dismiss [ECF Nos. 22 and 50], filed with additional evidence, as motions for summary judgment. Mr. Sharma filed objections to the Magistrate's Report on December 2, 2010, which the Court accepted as timely.[1]

---

[1] Mr. Sharma's objections are 163 numbered sentences that present his view of the facts and controlling law, for example, "9. Plaintiff has demonstrated that this Honorable Court has subject matter jurisdiction. 10. Plaintiff has met the pleading requirements. 11. Plaintiff has genuine issue of material facts.

Mr. Sharma has also filed various letters, notices, and motions to the Court, some of which could be liberally construed as objections the Magistrate's Report. The Court has reviewed all of these submissions. I have also reviewed the pertinent portions of the file, the motions, and the Magistrate's Report and Recommendations, and I have made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made. The plaintiff is ultimately unable to show that the Magistrate Judge's legal or factual conclusions were incorrect. Further, the Plaintiff's objections do not rise to the level of creating any material fact disputes that would prevent the Court from entering summary judgment in favor of the defendants. This Court finds that the Magistrate Judge was thorough, complete, and correct in his conclusions. The Report and Recommendation explains clearly why the Mr. Sharma is not entitled to relief, and this Court has determined that the findings therein should be adopted as the ruling of the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 89] is adopted and incorporated by reference in this order.

---

12. Plaintiff's case can go to a jury trial to resolve the disputed facts. 13. Defendants' violation of clearly established law & rights & unwillingness to reverse the violation makes them liable. 14. The law is very clearly in the plaintiff's favor," and so on.

2. Defendants' motions to dismiss [ECF Nos. 22 and 50], which are treated as motions for summary judgment, are hereby granted.

3. The plaintiff filed a "Motion of Due Process Notice Not Barred by Heck" 11/29/10 [ECF No. 96] and the government responded 12/8/10 [ECF No. 111]. Although the Court has considered the motion as an objection to the Magistrate Judge's Report, the motion is denied.

4. The plaintiff filed three motions to compel discovery on 12/2/10 [ECF Nos. 101, 102 & 106] and the government responded on 12/9/10 [ECF No. 115]. The plaintiff's motions to compel are denied.

5. The plaintiff filed a "Motion for Judicial Notice" 11/29/10 [ECF No. 96] and the government responded 12/8/10 [ECF No. 112]. The motion is denied.

6. The plaintiff filed a "Motion for Due Process Case Law" [ECF No. 107]; "Motion to Deny Summary Judgment" [ECF No. 108]; "Motion Defendants Violated Statute & Laws" [ECF No. 109]; and "Motion Defendants Liable for Damages" [ECF No. 110] on 12/8/10 and the government filed an omnibus response 12/13/10 [ECF No. 117]. The Court has reviewed these submissions as objections to the Magistrate Judge's Report; to the extent the motions seek independent relief, they are denied.

7. The plaintiff filed three "Motions for FOIA Records" on 1/21/10 [ECF Nos. 134, 135 & 136] and the government responded on 1/26/11 [ECF No. 141]. The motions for FOIA records are denied.

8. The plaintiff filed a "Motion for Extension of Time" [ECF No. 138]; "Motion for Defendants Not to Retaliate" [ECF No. 139]; and "Motion Objection to Dismiss" [ECF No. 140] on 1/25/11. In all three motions, the plaintiff asks the Court to prevent the defendants from threatening or retaliating against him. The government responded 1/26/11, pointing out that the plaintiff filed identical motions in his two other recently-dismissed civil actions in the Southern District of Florida (both cases pertained to the underlying facts of this lawsuit). The plaintiff has not provided any reason to believe he is being threatened or disadvantaged by the government in any manner; therefore, these motions are denied.

9. All other pending motions are denied as moot.

10. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, February 4th, 2011.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE