UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20508-CIV-HOEVELER

DR. HARSH SHARMA,

     Plaintiff,

v.

DRUG ENFORCEMENT AGENCY,
UNITED STATES ATTORNEY GENERAL,
UNITED STATES MARSHAL SERVICE,
MIKE LNU, AMBER BAGINSKI, and
others unknown,

     Defendants.

_____/

## ORDER DENYING MOTIONS

THIS CAUSE comes before the Court on Plaintiff's multiple motions filed in the past month. The Court has reviewed the Report and Recommendations prepared by Magistrate Judge White, as to the following motions:

- "Motion: Murder by Defendants"

- "Urgent Request that Defendants Return Life Saving Medications"

- "Motion for Urgent Intervention"

In addition, the Court has reviewed the Plaintiff's objections to the Report, Plaintiff's Response to this Court's Order, and the three motions filed on October 13, 2011, by Plaintiff:

- "Motion Defendants threat for Plaintiff to withdraw lawsuit"

- "Motion to contact and Investigate Warden Haynes"

- Motion to Stop Conspiracy to Commit Plaintiff's Murder"

Plaintiff continues to complain about conduct apparently occurring at his place of confinement, but seeks relief in this case from these Defendants - none of whom appear to be responsible for the conditions of Plaintiff's confinement. As this Court has no jurisdiction in this case as to the warden or others about whom Plaintiff continues to complain, there is no basis for this Court to grant any relief in the present matter.[1] Based on the above, it is

ORDERED AND ADJUDGED that the Report and Recommendations be ADOPTED, the three motions which were the subject of the Report are DENIED, and the three subsequently filed motions are DENIED.

Finally, Plaintiff also has sought a continuance "until after 8/16/12 because of retaliation" - which is DENIED.

DONE AND ORDERED in Miami, Florida this 24th day of October, 2011.

*Wm M Hoeveler*

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:   counsel of record
             Magistrate Judge White

---

[1] The Court also notes that this case presently is pending before the Court of Appeals.

2